## Sewickley Township, Appellant, *v.* McKelvey (No. 2).

OPINION BY HENDERSON, J., October 11, 1915:

This case involves the same question determined in Township of Sewickley v. McKelvey, 61 Pa. Superior Ct. 175, in which an opinion was this day handed down.

For the reasons given in that case this judgment is affirmed.

---

## Sewickley Township, Appellant, *v.* Knight (No. 1).

OPINION BY HENDERSON, J., October 11, 1915:

This case involves the same question determined in Township of Sewickley v. McKelvey, 61 Pa. Superior Ct. 175, in which an opinion was this day handed down.

For the reasons given in that case this judgment is affirmed.

---

## Sewickley Township, Appellant, *v.* Knight (No. 2).

OPINION BY HENDERSON, J., October 11, 1915:

This case involves the same question determined in Township of Sewickley v. McKelvey, 61 Pa. Superior Ct. 175, in which an opinion was this day handed down.

For the reasons given in that case this judgment is affirmed.